IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.  Criminal No. 2:08cr108

OTIS LEE STITT,

Defendant.

## ORDER

This matter comes before the Court upon the Motion to Suppress filed by Otis Lee Stitt ("Defendant") on August 29, 2008. On September 4, 2008, the Government filed a Response. For the reasons set forth below, the Court hereby **DENIES** the Defendant's Motion to Suppress.

The Defendant filed his Motion to Suppress twenty-five days after the motion deadline set by this Court. Pursuant to Fed. R. Crim. P. 12(c), the Court may set a deadline by which the parties must make pretrial motions. If a party does not meet this deadline, he has waived his request for pretrial relief. Fed. R. Crim. P. 12(e). Although this Court may grant relief from such a waiver, id., it need not do so. In this instance, this Court finds that no good cause exists for granting relief, particularly with the Defendant's trial so close at hand.

1

For the foregoing reasons, the Court hereby **DENIES** the Defendant's motion to suppress. The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the Defendant, and all counsel of record.

**IT IS SO ORDERED.**

Robert G. Doumar
Senior United States District Judge

September 5, 2008
Norfolk, Virginia