FILED: July 15, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-4401
(2:08-cr-00108-RGD-TEM-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

OTIS LEE STITT

    Defendant - Appellant

_____

M A N D A T E
_____

  The judgment of this Court, entered 06/08/2010, takes effect today.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

              */s/Patricia S. Connor, Clerk*